# United States Court of Appeals
## For the First Circuit

No. 23-1169

KENNETH PITTS,

Plaintiff - Appellant,

v.

SAN JUAN COLLEGE,

Defendant - Appellee.

**MANDATE**

Entered: February 4, 2025

In accordance with the judgment of January 13, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kenneth Allen Pitts
Luke A. Salganek